JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA IRIS ORTIZ, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OCWEN LOAN SERVICING, LLC, a ) <br> Delaware Limited Liability doing ) <br> business in California, FIRST NLC ) <br> FINANCIAL SERVICES, LLC, a ) <br> Florida Limited Liability Company doing ) <br> business in California; MTG FINANCE, ) <br> LLC, a business organization, form ) <br> unknown; and DOES 1-50, inclusive, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 08-07663 MMM (RCx) <br><br> JUDGMENT FOR DEFENDANTS |

On June 17, 2009, the court issued an order dismissing all four of plaintiff's causes of action with twenty days' leave to amend. Plaintiff was instructed to file any amended complaint on or before July 7, 2009. She did not do so. Accordingly,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute and failure to comply with court orders.

DATED: July 9, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE